NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1001

NOVO NORDISK A/S and NOVO NORDISK, INC.,

Plaintiffs-Appellants,

v.

CARACO PHARMACEUTICAL LABORATORIES, LTD.
and SUN PHARMACEUTICAL INDUSTRIES, LTD.,

Defendants-Appellees.

Appeal from the United States District Court for the Eastern District of Michigan in case no. 2:05-CV-40188, Judge Avern Cohn.

ON MOTION

Before RADER, Circuit Judge.

## ORDER

Novo Nordisk A/S and Novo Nordisk, Inc. (Novo Nordisk) moves to expedite briefing.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to expedite briefing is granted to the following extent: Novo Nordisk's opening brief is due no later than October 13, 2009. The appellees' brief is due no later than October 27, 2009. Novo Nordisk's reply brief and the joint appendix are due no later than November 2, 2009. All briefs must be served on an expedited basis, i.e., either by overnight delivery or hand delivery. The case will be scheduled for oral argument by further order of the court.

FOR THE COURT

OCT 0 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Josh A. Krevitt, Esq.
      Charles B. Klein, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 8 2009

JAN HORBALY
CLERK

2010-1001